MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
E-mail: rplatt@manatt.com
DONALD R. BROWN (Bar No. CA 156548)
E-mail: dbrown@manatt.com
ALEXANDRA N. HILL (Bar No. CA 313249)
E-mail: ahill@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER A. RHEINHEIMER
(Bar No. CA 253890)
E-mail: crheinheimer@manatt.com
One Embarcadero Center, 30th Fl.
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for *Defendants*
TINDER, INC., MATCH GROUP, LLC,
and MATCH GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TINDER, INC., a Delaware corporation; MATCH GROUP, LLC, a Delaware limited liability company; MATCH GROUP, INC., a Delaware corporation; and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. CV 18-03093 JFW (AS)<br><br>Hon. John F. Walter<br><br>**[PROPOSED] STATEMENT OF DECISION**<br><br>Hearing Date: July 16, 2018<br>Hearing Time: 1:30 p.m.<br>Courtroom: 7A |

**PLEASE TAKE NOTICE** that in accordance with Section 5(f) of the Honorable John F. Walter's Standing Order in this action [ECF No. 14], as well as Local Rule 5-4.4.1 of the United States District Court for the Central District of California, defendants Tinder, Inc., Match Group, LLC, and Match Group, Inc. ("Tinder") hereby lodges a [Proposed] Statement of Decision in connection with Tinder's Motion Compel Arbitration or Stay Under Colorado River Abstention. [ECF No. 24]

The [Proposed] Statement of Decision is attached to this Notice as **Exhibit "A."**

Dated: July 5, 2018

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Robert H. Platt
Robert H. Platt
Attorneys for *Defendants*
TINDER, INC., MATCH GROUP, LLC, and MATCH GROUP, INC.