**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 18-3093-JFW(ASx)**                          Date:  July 6, 2018

Title:      Lisa Kim -*v*- Tinder, Inc., et al.

---

**PRESENT:**
      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
         None                                                                  None

**PROCEEDINGS (IN CHAMBERS):**          **ORDER DENYING PLAINTIFF LISA KIM'S *EX PARTE* APPLICATION FOR ORDER PERMITTING PLAINTIFF TO FILE SUPPLEMENTAL BRIEFING PERTAINING TO NEW AUTHORITY IN SUPPORT OF HER OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION OR STAY UNDER *COLORADO RIVER* ABSTENTION  [filed 7/3/18; Docket No. 34]**

On July 3, 2018, Plaintiff Lisa Kim ("Plaintiff") filed an *Ex Parte* Application for Order Permitting Plaintiff to File Supplemental Briefing Pertaining to New Authority in Support of Her Opposition to Defendants' Motion to Compel Arbitration or Stay under *Colorado River* Abstention ("Application").  On July 5, 2018, Defendants Tinder, Inc., Match Group, LLC, and Match Group, Inc. (collectively, "Defendants") filed their Opposition.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  After considering the moving and opposing papers, and the arguments therein, the Court rules as follows:

For the reasons stated in Defendants' Opposition, Plaintiff's Application is **DENIED**.

IT IS SO ORDERED.

Initials of Deputy Clerk __sr__