**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 18-3093-JFW(ASx)**                                    Date:  July 12, 2018

Title:      Lisa Kim *-v-* Tinder, Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    **Shannon Reilly**                                     **None Present**
    **Courtroom Deputy**                              **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                                            None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION [filed 6/11/18; Docket No. 24]**

On June 11, 2018, Defendants Tinder, Inc., Match Group, LLC, and Match Group, Inc. (collectively, "Defendants") filed a Motion to Compel Arbitration or Stay Under Colorado River Abstention ("Motion to Compel Arbitration").  On June 25, 2018, Plaintiff Lisa Kim, individually on behalf of herself and all others similarly situated, filed her Opposition.  On July 2, 2018, Defendants filed a Reply.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for July 16, 2018 is hereby vacated and the matter taken off calendar. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

For the reasons stated in Defendants' Motion to Compel Arbitration and Reply and because Plaintiff failed to comply with paragraph 5(f) of the Court's April 18, 2018 Standing Order, Defendants' Motion to Compel Arbitration is **GRANTED**.  The Court signs and adopts, as modified, Defendants' proposed Statement of Decision, lodged with the Court on July 5, 2018.

IT IS SO ORDERED.

Initials of Deputy Clerk __sr__