MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (SBN 108533)
E-Mail: rplatt@manatt.com
DONALD R. BROWN (SBN 156548)
E-Mail: dbrown@manatt.com
ALEXANDRA N. HILL (SBN 313249)
E-Mail: ahill@manatt.com
11355 West Olympic Boulevard
Los Angeles, California 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendants* TINDER, INC.,
MATCH GROUP, LLC, and MATCH GROUP, INC.

LAW OFFICES OF TODD M. FRIEDMAN
TODD M. FRIEDMAN (SBN 216752)
E-mail: tfriedman@attorneysforconsumers.com
ADRIAN BACON (SBN 280332)
E-Mail: abacon@attorneysforconsumers.com
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone: (216) 220-6496
Facsimile: (866) 633-0028

*Attorneys for Plaintiff* LISA KIM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KIM, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TINDER, INC., a Delaware corporation; MATCH GROUP, LLC, a Delaware limited liability company; MATCH GROUP, INC., a Delaware corporation; and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. CV 18-03093 JFW (AS)<br><br>Hon. John F. Walter<br><br>**JOINT STATUS REPORT**<br><br>Complaint filed: April 12, 2018 |

321080711.2

Plaintiff Lisa Kim and defendants Tinder, Inc.,[1] Match Group, LLC and Match Group, Inc. submit this Joint Status Report pursuant to the Court's Statement of Decision [ECF No. 44], § IV.

In light of ongoing settlement discussions, Plaintiff requested and obtained from the Ninth Circuit an extension until December 11, 2018 for the filing of her opening brief on her appeal of the Order granting Defendants' Motion to Compel Arbitration. Due to the settlement discussions and the appeal, Plaintiff has refrained from commencing an arbitration proceeding. As ordered by the Court, the parties will file another Joint Status Report in 120 days.

Respectfully submitted,

Dated: November 8, 2018

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ *Robert H. Platt*
Robert H. Platt
*Attorneys for Defendants*
TINDER, INC., MATCH GROUP, LLC, AND MATCH GROUP, INC.

Dated: November 8, 2018

LAW OFFICES OF TODD M. FRIEDMAN

By: /s/ *Adrian Bacon*
Adrian Bacon
*Attorneys for Plaintiff* LISA KIM

## **LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

---

[1] Tinder, Inc., although named as a defendant, no longer exists, as it was merged into Match Group, LLC in 2017.

321080711.2  2