Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone: (216) 220-6496
Facsimile: (866) 633-0028
tfriedman@attorneysforconsumers.com
abacon@attorneysforconsumers.com

John P. Kristensen (SBN 224132)
David L. Weisberg (SBN 211675)
Christina M. Le (SBN 237697)
**KRISTENSEN WEISBERG, LLP**
12450 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: 310-507-7924
Facsimile: 310-507-7906
john@kristensenlaw.com
david@kristensenlaw.com
christina@kristensenlaw.com

*Attorneys for Plaintiff and all others similarly situated*

Robert H. Platt (SBN 108533)
Donald R. Brown (SBN 156548)
Alexandra N. Hill (SBN 313249)
**MANATT, PHELPS & PHILLIPS, LLP**
11355 West Olympic Boulevard
Los Angeles, California 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
rplatt@manatt.com
dbrown@manatt.com
ahill@manatt.com

*Attorneys for Defendants Tinder, Inc., Match Group, LLC, and Match Group, Inc.*

**THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| LISA KIM, individually on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TINDER, INC., a Delaware corporation; MATCH GROUP, LLC, a Delaware limited liability company; MATCH GROUP, INC., a Delaware corporation; and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No.: 2-18-cv-03093<br><br>Hon. John F. Walter<br><br>**REQUEST AND JOINT STIPULATION TO LIFT STAY RENDERED IN COURT'S STATEMENT OF DECISION [DKT. NO. 44]**<br><br>Complaint filed: April 12, 2018 |

Plaintiff Lisa Kim ("Plaintiff") and defendants Tinder, Inc.,[1] Match Group, LLC and Match Group, Inc. (collectively, "Defendants") respectfully request that the Court lift the stay that was issued as part of the Court's Statement of Decision [Dkt. No. 44] granting Defendants' Motion to Compel Arbitration or Stay Under Colorado River Abstention [Dkt. No. 24]. The parties have reached a complete settlement of the individual and class claims in this action and request the lifting of the stay so that they may finalize the settlement of the class claims—beginning with the filing of a motion for preliminary approval of the settlement.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: January 9, 2019　　**KRISTENSEN WEISBERG, LLP**

By: */s/ John P. Kristensen*

John P. Kristensen
David L. Weisberg
Christina M. Le

Dated: January 9, 2019　　**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: */s/ Adrian Bacon*

Todd M. Friedman
Adrian R. Bacon

***Attorneys for Plaintiff Lisa Kim***

---

[1] Tinder, Inc., although named as a defendant, no longer exists, as it was merged into Match Group, LLC in 2017.

Dated: January 9, 2019

**MANATT, PHELPS & PHILLIPS, LLP**

By: */s/ Robert H. Platt*
Robert H. Platt
Donald R. Brown

*Attorneys for Defendants Tinder, Inc., Match Group, LLC, and Match Group, Inc.*

## LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION

The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

321504765.1

## **CERTIFICATE OF SERVICE**

I certify that on this ninth day of January 2019, the foregoing document titled REQUEST AND JOINT STIPULATION TO LIFT STAY RENDERED IN COURT'S STATEMENT OF DECISION [DKT. NO. 44] will be served in accordance with the Court's CM/ECF system, which will send notification of such filing and a true copy of the foregoing document by notice via email to the ECF participants of record.

                                                */s/Vanessa Brahm*
                                                Vanessa Brahm