MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. 108533)
Email: rplatt@manatt.com
DONALD R. BROWN (Bar No. 156548)
Email: dbrown@manatt.com
ALEXANDRA N. HILL (Bar No. 313249)
Email: ahill@manatt.com
11355 West Olympic Boulevard
Los Angeles, California 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER A. RHEINHEIMER
(Bar No. 253890)
Email: crheinheimer@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for *Defendant*
TINDER, INC., MATCH GROUP, LLC, MATCH GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LISA KIM, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

Plaintiff,

vs.

TINDER, INC., a Delaware corporation; MATCH GROUP, LLC, a Delaware limited liability company; MATCH GROUP, INC., a Delaware corporation; and DOES 1 through 10, inclusive, and each of them,

Defendant.

Case No.: CV 18-03093 JFW (AS)

Hon. John F. Walter

**DECLARATION OF JOSEPH CIESLA IN SUPPORT OF PLAINTIFF'S OBJECTION AND REPLY TO OPPOSITION FILED BY NON-PARTY ALLAN CANDELORE**

Date: February 25, 2019
Time: 1:30 P.M.
Courtroom: 7A

I, Joseph Ciesla, declare:

1. I am Joseph Ciesla and am employed by Match Group, LLC as SVP, Finance & Analytics - Tinder, General Manager. My responsibilities and duties at Match Group include managing the financial and analytical operations at Tinder, including but not limited to analyzing the historical financial performance, tracking and evaluating the product analytics and user behavior, and forecasting future user and financial performance. I have personal knowledge of the matters stated below and can truthfully testify to those matters if called upon as a witness.

2. Users of the free Tinder app can purchase subscriptions, on a monthly or multi-month basis, that provide access to various premium features of the Tinder app. The two subscription programs that are available are called Tinder Plus and Tinder Gold.

3. One of the premium features available through the Tinder app is a Super Like. Users of the free app receive one free Super Like per day, whereas subscribers to Tinder Plus and Tinder Gold receive a larger daily allotment of Super Likes. All users of the app may purchase additional Super Likes on an a la carte basis.

4. As disclosed in Match Group's publicly-available financial statements, the Tinder app generated more than $800 million in user-generated revenue in 2018. Approximately 30% of that revenue (roughly $240 million) resulted from a la carte purchases of special features that are available through the app. Roughly 40% of the $240 million in a la carte purchases consisted of purchases of Super Likes. Thus, 12% of the total user-generated revenue in 2018—roughly $96 million—involved the a la carte purchase of Super Likes. That $96 million does not include revenue that Match Group has received through purchases of subscriptions to Tinder Plus or Tinder Gold that were made in order for the subscriber to have access to more Super Likes on a daily basis, before having to resort to a la carte purchases.

5. Match Group's user data confirm that subscribers to Tinder Plus and Tinder Gold purchase additional (a la carte) Super Likes even though they receive

allotments of Super Likes as part of their subscriptions. Data for the most recent month, January 2019, confirm that in California, active paid members (i.e., subscribers) who purchased additional Super Likes purchased on average 34 additional Super Likes.

6. The Tinder app has never collected or maintained physical addresses of users of the app, even if the users are also subscribers to Tinder Plus or Tinder Gold. Furthermore, the Tinder app has never collected or maintained payment information such as credit card or debit card data, because all subscription or a la carte purchases through the app are made through the user's Apple Store or Google Play accounts or otherwise handled by a third-party payment processor. Apple and Google handle all such payments directly.

7. Therefore, it is necessary for Settlement Class members to submit claim forms in order for Match Group to know where to send payments to class members who choose payment as an option, and also to verify that the user had not already received a refund or chargeback for the purchase. The claims process is also necessary because, without physical address or residency information for Settlement Class members, it cannot be determined whether a subscriber had resided in California when making the subscription purchase.

8. There is no feasible way for Match Group to contact an entire class of users through Facebook.

9. As of December 31, 2018, the date of the Settlement Agreement, approximately 56% of the "Settlement Class Members," as defined in the Agreement, have active Tinder accounts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11 day of February, 2019 at Los Angeles, California.

Joseph Ciesla