Danielle E. Leonard (Cal. Bar No. 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone:   (415) 421-7151
Facsimile:   (415) 362-8064
Email:       dleonard@altber.com

Kimberly A. Kralowec (Cal. Bar No. 163158)
KRALOWEC LAW, P.C.
750 Battery Street, Suite 700
San Francisco, CA  94111
Telephone:   (415) 546-6800
Facsimile:   (415) 546-6801
Email:       kkralowec@kraloweclaw.com

Alfred G. Rava (Cal. Bar No. 188318)
RAVA LAW FIRM
3667 Voltaire Street
San Diego, CA 92106
Telephone:   (619) 238-1993
Facsimile:   (619) 374-7288
Email:       alrava@cox.net

*Attorneys for Objectors Rich Allison and Steve Frye*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KIM, individually on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>TINDER, INC., a Delaware Corporation; MATCH GROUP, LLC, a Delaware limited liability company; MATCH GROUP, INC., a Delaware corporation; and DOES 1 through 10, inclusive, and each of them,<br><br>                Defendants. | Case No. 2:18-CV-03093 JFW (AS)<br><br>**OBJECTION OF STEVE FRYE TO CLASS ACTION SETTLEMENT; DECLARATION OF STEVE FRYE**<br><br>**Accompanying Documents:**<br>Memorandum in Support; Objection of Rich Allison; Declarations of Kim Kralowec, Allan Candelore, Danielle Leonard; Notice of Intent to Appear; Objection to Evidence<br><br>Date:    June 17, 2019<br>Time:    1:30 p.m.<br>Place:   Courtroom 7A<br>         Hon. John F. Walter |

1  **OBJECTION OF STEVE FRYE TO CLASS ACTION SETTLEMENT;**
2  **DECLARATION OF STEVE FRYE IN SUPPORT THEREOF**

3  I, Steve Frye, declare as follows:

4  1.     I have personal knowledge of all matters stated herein and could
5  competently testify thereto if called as a witness, except as to those matters asserted
6  upon information and belief.

7  2.     I file this Objection to the proposed settlement and release of age
8  discrimination claims against the Defendants for the unlawful discriminatory
9  pricing of Tinder Plus, and in response to the requirements of the Notice addressed
10  "TO TINDER USERS IN CALIFORNIA WHO SUBSCRIBED TO TINDER
11  PLUS OR TINDER GOLD BETWEEN MARCH 2, 2015 AND MARCH 1, 2019
12  AND WERE AT LEAST 29 YEARS OLD AT TIME OF PURCHASE," in the case
13  called "*Kim v. Tinder, Inc., et al*., U.S.D.C. (C.D. Cal, Case No. 2:18-cv-03093-
14  JFW-AS."

15  3.     I am a citizen and resident of California.  I became a paid subscriber
16  to Tinder, Inc.'s Tinder Plus premium service in February of 2018.  I was over the
17  age of 29 and a resident of California when I subscribed to Tinder Plus.  I was
18  charged and paid $19.99 per month for Tinder Plus from February 5, 2018 through
19  January 4, 2019.  I understand that this is more than the amount that Tinder Plus
20  charged younger users for the same product and I believe this violates California
21  law.  Attached hereto as **Exhibit A** are my Chase Bank records of my monthly
22  payments through Google Play for Tinder Plus.

23  4.     The email address associated with my Tinder account is either
24  sfrye90@yahoo.com or sfport8@gmail.com, or both.  My address is located in
25  Laguna Woods, California (address as filed limited pursuant to Local Rule 5.2-1),
26  and my phone number is 951-217-8686. I can be reached through my attorneys,
27  whose addresses and telephone numbers are provided above.

28

5.      I am objecting to the proposed settlement in this case for the entire class because I believe this settlement is unreasonable, inadequate, and unfair to the class members, including myself.  I am also objecting to the proposed compensation to Plaintiff's counsel in this case as grossly excessive in comparison to their inadequate representation and very minimal work.  The reasons for my objections are stated and explained in full in the accompanying Memorandum in support of this Objection prepared by my attorneys and approved by me, as well as the accompanying additional supporting documentation.

6.      I have previously submitted only one objection to a class action settlement. In September of 2012, I objected to the settlement of class action settlement reached in an Unruh Civil Rights Act case, Los Angeles County Superior Court Case Number BC437103, *Loren Stone v. Westlake Wellbeing Properties, LLC, a California Corporation dba Four Seasons Hotel Westlake Village.*

7.      On June 7, 2018, I sent an email to Tinder opting out of Tinder's amended Terms of Use that were dated May 9, 2018. A true and correct copy of my June 7, 2018 email is attached hereto as **Exhibit B**.

8.      After January 2019, I cancelled my subscription to Tinder Plus and deleted the Tinder app from my phone.  I recently reinstalled and attempted to open up the Tinder app on my phone, to help assess the value of the proposed settlement and what Tinder was offering me.  The screen read that in order to use the app, I would have to click a button providing that I agree to Tinder's "Terms of Use."   I read these "Terms of Use," and they provided that if I agreed to them, I would be forced to "retroactively" agree to arbitrate any claims I may have against Tinder, and that I would also have to waive my rights to receive any form of damages from Tinder.  I am unwilling to agree to Tinder's "Terms of Use" and risk waiving any of these rights.  But because of the way Tinder's app is now set up, I cannot use the app unless I click the button stating that I "agree."  This means that I cannot use any of the "Super Likes" that the settlement in this case purportedly offers me.

9.      I understand that the proposed settlement is offering class members who have current Tinder accounts "Super Likes" to use on the app.  These "Super Likes" are being offered at the cost of agreeing to Tinder's oppressive "Terms of Use," and therefore are of no value at all to anyone like me who refuses to agree to user terms that require waiving legal rights, or who has no further interest in using this product.

10.     I am not a current Tinder Plus user and I do not intend to be.  The aspects of the proposed settlement that require a current Tinder account are of no use or value to me.

11.     I declare under penalty of perjury that I purchased a subscription to Tinder Plus or Tinder Gold during the Class Period, that I was at least 29 years old and resided in California at the time of the purchase, and that I wish to object to the settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 6, 2019 at Laguna Woods, California.

_____
Steve Frye

# EXHIBIT A

 **CHASE** *for* BUSINESS
Printed from Chase for Business

## TOTAL CHECKING

**Available balance**

**Present balance**

**Debit card coverage**



**SHOWING**    Search

Filtered by:

May 2, 2017 to May 2, 2019        Card        $19.99 to $19.99

| Date | Description | Type | Amount |
|------|-------------|------|--------|
| Jan 4, 2019 | GOOGLE *Tinder 855-836-3987 CA 01/03 | Card | −$19.99 |
| Dec 4, 2018 | GOOGLE *Tinder 855-836-3987 CA 12/03 | Card | −$19.99 |
| Nov 5, 2018 | GOOGLE *Tinder 855-836-3987 CA 11/04 | Card | −$19.99 |
| Oct 4, 2018 | GOOGLE *Tinder 855-836-3987 CA 10/04 | Card | −$19.99 |
| Sep 4, 2018 | GOOGLE *Tinder 855-836-3987 CA 09/04 | Card | −$19.99 |
| Aug 6, 2018 | GOOGLE *Tinder 855-836-3987 CA 08/04 | Card | −$19.99 |
| Jul 5, 2018 | GOOGLE *Tinder 855-836-3987 CA 07/04 | Card | −$19.99 |
| Jun 4, 2018 | GOOGLE *Tinder 855-836-3987 CA 06/04 | Card | −$19.99 |
| May 4, 2018 | GOOGLE *Tinder 855-836-3987 CA 05/04 | Card | −$19.99 |
| Apr 4, 2018 | GOOGLE *Tinder 855-836-3987 CA 04/04 | Card | −$19.99 |
| Mar 5, 2018 | GOOGLE *Tinder 855-836-3987 CA 03/04 | Card | −$19.99 |
| Feb 5, 2018 | GOOGLE *Tinder 855-836-3987 CA 02/04 | Card | −$19.99 |

JPMorgan Chase Bank, N.A. Member FDIC                    ©2019 JPMorgan Chase & Co.                    Equal Opportunity Lender ⌂

# EXHIBIT B

**From:** Steve Frye <sfrye90@yahoo.com>
**To:** tinderoptout@match.com <tinderoptout@match.com>
**Sent:** Thursday, June 7, 2018, 9:11:40 PM PDT
**Subject:** RIGHT TO OPT OUT

To Whom It May Concern:


I opt out of the alleged "Retroactive Application of this Arbitration Agreement" that Tinder has unilaterally attempted to impose on me in Tinder's Terms of Use that Tinder has represented were "Last revised on May 9, 2018."


By advising you that I am opting out, I do not agree to the accuracy of anything else stated in the purported Terms of Use nor do I agree to be bound by anything else stated in it.


The email address associated with my Tinder account is sfrye90@yahoo.com.  As for the rest of my contact information, which you have unilaterally demanded, you may reach me through my attorney, Alfred Rava of the Rava Law Firm, whose contact information is below.


Please acknowledge your receipt of this opt out notice.


Thank you,

Steve Frye


Contact Information:

Steve Frye

c/o Alfred G. Rava

RAVA LAW FIRM

3667 Voltaire Street

San Diego, CA 92106

Phone: 619-238-1993

Fax: 619-374-7288

E-mail: alrava@cox.net