John P. Kristensen (SBN 224132)
David L. Weisberg (SBN 211675)
**KRISTENSEN WEISBERG, LLP**
12450 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: 310-507-7924
Facsimile: 310-507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*

Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone: (216) 220-6496
Facsimile: (866) 633-0028
*tfriedman@attorneysforconsumers.com*
*abacon@attorneysforconsumers.com*

*Attorneys for Plaintiff and all others similarly situated*

## THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LISA KIM, individually on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>TINDER, INC., a Delaware corporation; MATCH GROUP, LLC, a Delaware limited liability company; MATCH GROUP, INC., a Delaware corporation; and DOES 1 through 10, inclusive, and each of them,<br><br>    Defendants. | Case No.: 2-18-cv-03093<br><br>**DECLARATION OF JOHN P. KRISTENSEN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS AND CLASS REPRESENTATIVE INCENTIVE PAYMENT**<br><br>Date:  June 17, 2019<br>Time:  1:30 p.m.<br>Courtroom:  7A |

**DECLARATION OF JOHN P. KRISTENSEN IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS AND REPRESENTATIVE INCENTIVE AWARD**
-1-

## **DECLARATION OF JOHN P. KRISTENSEN**

I, John P. Kristensen, hereby declare as follows:

1. I am an attorney at law, duly licensed to practice in all Courts in the State of California. I am the Managing Partner of the firm of Kristensen Weisberg, LLP, and counsel of record for Lisa Kim ("Plaintiff"), the Class Representative in this action.

2. I am licensed to practice law before this court and all California state courts and all federal courts located in the State of California. I have personal knowledge of the following facts, and if called to do so, could and would testify as follows.

3. We estimated our firms would incur an additional $100,000.00 in legal fees and costs in our efforts to finalize the Settlement, which will include addressing the anticipated objections to the Settlement. To date, we have incurred approximately 15 hours for Jesenia A. Martinez at $350.00 per hour for $5,250; 12 hours for David Weisberg at $725.00 per hour for $8,700; and an estimated 30 hours for myself at $725.00 per hour for $21,750. Thus, we have incurred an estimated $35,700 in fees since April 24, 2019.

4. I declare the foregoing under penalty of perjury under the laws of the United States of America. Given this 3rd day of Jun, 2019 at Los Angeles, California.

*/s/ John P. Kristensen*

John P. Kristensen

**DECLARATION OF JOHN P. KRISTENSEN IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS AND REPRESENTATIVE INCENTIVE AWARD**
-2-