1 MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (SBN 108533)
2 E-Mail: rplatt@manatt.com
DONALD R. BROWN (SBN 156548)
3 E-Mail: dbrown@manatt.com
4 11355 West Olympic Boulevard
Los Angeles, California 90064-1614
5 Telephone: (310) 312-4000
Facsimile: (310) 312-4224
6
7 *Attorneys for Defendants* TINDER, INC.,
MATCH GROUP, LLC, and MATCH GROUP, INC.
8

9 UNITED STATES DISTRICT COURT

10 CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| LISA KIM, individually and on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>TINDER, INC., a Delaware corporation; MATCH GROUP, LLC, a Delaware limited liability company; MATCH GROUP, INC., a Delaware corporation; and DOES 1 through 10, inclusive, and each of them,<br><br>  Defendants. | Case No. CV 18-03093 JFW (AS)<br><br>Hon. John F. Walter<br><br>**STIPULATION REGARDING DISMISSAL OF PLAINTIFF'S PENDING APPEAL**<br><br>Complaint filed: April 12, 2018 |

323870951.1

Plaintiff Lisa Kim ("Plaintiff") and defendants Tinder, Inc.,[1] Match Group, LLC, and Match Group, Inc. ("Defendants")—collectively, the "Parties"—enter into the following stipulation regarding Plaintiff's voluntarily dismissal of the pending appeal of this Court's Order granting Defendants' Motion to Compel Arbitration.

## RECITALS

WHEREAS,

1.  Plaintiff filed this action on April 12, 2018;

2.  On June 11, 2018, Defendants filed a Motion to Compel Arbitration (the "Motion") [Dkt. No. 24];

3.  On July 12, 2018, this Court entered an Order granting the Motion (the "Order") [Dkt. No. 43];

4.  On July 16, 2018, Plaintiff filed a Notice of Appeal [Dkt. No. 46] regarding the Order (the "Appeal");

5.  Plaintiff has refrained from commencing an arbitration proceeding pending settlement discussions;

6.  On December 11, 2018, the Ninth Circuit Court of Appeals granted the Parties' joint motion to extend the time for the filing of the appellate briefs in the Appeal, setting a revised deadline of February 11, 2019 for the filing of the opening brief [9th Cir. Dkt. No. 14];

7.  On December 31, 2018, the Parties entered into a Class Action Settlement Agreement pertaining to the action;

8.  On February 12, 2019, the Ninth Circuit Court of Appeals granted another motion to extend the time for the filing of the appellate briefs in the Appeal, setting a revised deadline of May 13, 2019 for the filing of the opening brief [9th Cir. Dkt. No. 16];

---

[1] Pursuant to a merger in 2017, Tinder, Inc.'s assets and liabilities were acquired by Match Group, LLC.

9. On March 1, 2019, the Court granted Plaintiff's Motion for Preliminary Approval of Class Settlement and Class Certification of Settlement Class [Dkt. No. 60];

10. On March 12, 2019, the Court entered an Order Granting Motion for Preliminary Approval of Class Action Settlement [Dkt. No. 62];

11. On April 26, 2019, the Ninth Circuit Court of Appeals granted another motion to extend the time for the filing of the appellate briefs in the Appeal, setting a revised deadline of July 12, 2019 for the filing of the opening brief [9th Cir. Dkt. No. 18]; and

12. On June 17, 2019, the Court conducted a hearing on final approval of the Class Action Settlement.

## **STIPULATION**

**THE PARTIES HEREBY STIPULATE** that:

1. Plaintiff will immediately dismiss the Appeal without prejudice, as set forth in a Stipulation to be filed in the Ninth Circuit, a copy of which is attached hereto as **Exhibit 1**;

2. Defendants stipulate that any deadlines set forth under F.R.A.P. 4, arising under the same Order (Dkt. No. 44) that were originally subject to a Notice of Appeal in Dkt. No. 46, including the deadline by which a renewed notice to appeal must otherwise be filed, shall be stayed indefinitely during any and all proceedings relating to Final Approval of the proposed Class Action Settlement, through judgment, and through any potential appeals of said judgment that may be filed by any objectors or otherwise;

3. This stipulation shall remain in full force and effect until 30 days after judgment is entered and all appeals or potential appeals have been exhausted. In the event that Final Approval is denied by the District Court, Plaintiff shall have 30 days from the date of such ruling to refile a notice of appeal; and

4. Defendants will not oppose any attempt by Plaintiff to re-open the Appeal or to file a new appeal relating to the Order, in the event that the Class Action Settlement in this case does not receive Final Approval or if any grant of Final Approval is reversed on appeal.

                                                Respectfully submitted,

Dated: June 17, 2019        MANATT, PHELPS & PHILLIPS, LLP


By:   /s/ *Robert H. Platt*
       Robert H. Platt
       *Attorneys for Defendants*
       TINDER, INC., MATCH GROUP, LLC,
       AND MATCH GROUP, INC.


Dated: June 17, 2019        LAW OFFICES OF TODD M. FRIEDMAN


By:   /s/ *Todd M. Friedman*
       Todd M. Friedman (SBN 216752)
       Adrian R. Bacon (SBN 280332)

Additional counsel:
KRISTENSEN WEISBERG, LLP
John P. Kristensen (SBN 224132)
David L. Weisberg (SBN 211675)
Christina M. Le (SBN 237697)

***Attorneys for Plaintiff and all others similarly situated.***

323870951.1

4

## **LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.