UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa Kim, et al.<br><br>        Plaintiff,<br>v.<br><br>Tinder, Inc., et al.<br><br>        Defendants.<br>_____ | No. Case 2:18-cv-03093-JFW-ASx<br><br>ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE AWARD |

Plaintiff Lisa Kim ("Plaintiff") has moved the Court for attorneys' fees and costs, and a class representative incentive award as set forth in the Class Action Settlement Agreement filed with the Court on January 20, 2019 (Dkt. No. 52-1 Ex A) ("Agreement").

Having considered all matters submitted to it at the hearing on the motion and otherwise, including the complete record of this action, and good cause appearing therefore, the Court hereby finds and concludes as follows:

1. In addition to any recovery that Plaintiff may receive under the Settlement, and in recognition of the Plaintiff's efforts and risks taken on behalf of the Settlement Class, the Court hereby approves the payment of an incentive award to the Plaintiff Lisa Kim, in the amount of $5,000.

2. The Court approves the payment of attorneys' fees to Class Counsel in the sum of $1,200,000, and the reimbursement of litigation expenses in the sum of $12,137.51. The Court finds these fees were reasonably incurred, and that the hourly rates sought by counsel are reasonable.

3. This Court shall retain jurisdiction with respect to all matters related to the administration and consummation of the settlement, and any and all claims, asserted in, arising out of, or related to the subject matter of the lawsuit, including but not limited to all matters related to the Settlement and the determination of all controversies related thereto.

IT IS SO ORDERED.

Dated: June 19, 2019

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE