FILED

JUN 28 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LISA KIM, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>TINDER, INC., a Delaware corporation; et al.,<br><br>　　　　Defendants-Appellees. | No.　18-55960<br><br>D.C. No. 2:18-cv-03093-JFW-AS<br>Central District of California, Los Angeles<br><br>ORDER |

　　The unopposed motion to dismiss the appeal without prejudice (Docket Entry No. 19) is granted. The appeal is dismissed without prejudice to reinstatement pursuant to the terms of the parties.

　　Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator within 28 days of a District Court's denial of Final Approval of the proposed Class Action Settlement.

　　A copy of this order shall serve as and for the mandate of this court.

　　　　　　　　　　　　FOR THE COURT:


　　　　　　　　　　　　By: Kyungah Suk
　　　　　　　　　　　　Circuit Mediator

KS/Mediation