Kimberly A. Kralowec (Cal. Bar No. 163158)
KRALOWEC LAW, P.C.
750 Battery Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 546-6800
Facsimile: (415) 546-6801
Email: kkralowec@kraloweclaw.com

Danielle E. Leonard (Cal. Bar No. 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: dleonard@altber.com

Alfred G. Rava (Cal. Bar No. 188318)
RAVA LAW FIRM
3667 Voltaire Street
San Diego, CA 92106
Telephone: (619) 238-1993
Facsimile: (619) 374-7288
Email: alrava@cox.net

*Attorneys for Objectors Rich Allison and Steve Frye*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KIM, individually on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TINDER, INC., a Delaware Corporation; MATCH GROUP, LLC, a Delaware limited liability company; MATCH GROUP, INC., a Delaware corporation; and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 2:18-CV-03093 JFW (AS)<br><br>**NOTICE OF APPEAL – CLASS MEMBER OBJECTORS' NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>**CLASS MEMBER OBJECTORS' REPRESENTATION STATEMENT [9TH CIR. RULE 3-2(b)]**<br><br>Judge: Hon. John F. Walter |

# NOTICE OF APPEAL

Class Member Objectors Rich Allison and Steve Frye hereby appeal to the United States Court of Appeals for the Ninth Circuit from the judgment entered by this Court on June 21, 2019 (Dkt. 94), and from the relevant interim orders preceding the judgment, including but not limited to the minute order and order granting final approval of class action settlement entered by this Court on June 19, 2019 (Dkt. 90, 91), the order granting motion for attorneys' fees, costs and incentive award entered by this Court on June 19, 2019 (Dkt. 92), and the minute order and order granting preliminary approval of class action settlement entered by this Court on March 1, 2019 (Dkt. 60) and March 12, 2019 (Dkt. 62).

The only related appeal of which Objectors are aware is *Kim v. Tinder, Inc. et al.*, No. 19-55960 (9th Cir.), which was "dismissed without prejudice" by order filed on June 28, 2019.

Objectors' Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

DATED: July 11, 2019

Respectfully submitted,

By: *[signature]*
Kimberly A. Kralowec
KRALOWEC LAW, P.C.

Danielle E. Leonard
ALTSHULER BERZON LLP

Alfred G. Rava
RAVA LAW FIRM

*Counsel for Objectors Rich Allison and Steve Frye*

**REPRESENTATION STATEMENT (9TH CIR. RULE 3-2(b))**

The undersigned counsel represent objectors and appellants Rich Allison and Steve Frye. The following list identifies all parties to the action below, and identifies their counsel by name, address, telephone number and email address.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Objectors Rich Allison and Steve Frye | Danielle E. Leonard<br>ALTSHULER BERZON LLP<br>177 Post Street, Suite 300<br>San Francisco, California 94108<br>Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064<br>Email: cleonard@altber.com<br><br>*Counsel for Objectors Rich Allison and Steve Frye*<br><br>Kimberly A. Kralowec<br>KRALOWEC LAW, P.C.<br>750 Battery Street, Suite 700<br>San Francisco, California 94111<br>Telephone: (415) 546-6800<br>Facsimile: (415) 546-6801<br>Email: kkralowec@kraloweclaw.com<br><br>*Counsel for Objectors Rich Allison and Steve Frye*<br><br>Alfred G. Rava<br>RAVA LAW FIRM<br>3667 Voltaire Street<br>San Diego, California 92106<br>Telephone: (619) 238-1993<br>Facsimile: (619) 374-7288<br>Email: alrava@cox.net<br><br>*Counsel for Objectors Rich Allison and Steve Frye* |

| | |
|---|---|
| Plaintiff Lisa Kim, and the Putative Class | John P. Kristensen<br>David Levi Weisberg<br>Christina M. Le<br>KRISTENSEN WEISBERG LLP<br>12540 Beatrice Street, Suite 200<br>Los Angeles, California 90066<br>Telephone: (310) 507-7924<br>Facsimile: (310) 507-7906<br>Email: john@kristensenlaw.com<br>　　　　david@kristensenlaw.com<br>　　　　christina@kristensenlaw.com<br><br>*Counsel for Plaintiff Lisa Kim and the Putative Class*<br><br>Todd M. Friedman<br>Adrian Robert Bacon<br>LAW OFFICES OF TODD M. FRIEDMAN PC<br>21550 Oxnard Street, Suite 780<br>Woodland Hills, California 91367<br>Telephone: (866) 598-5042<br>Facsimile: (866) 663-0228<br>Email: tfriedman@toddflaw.com<br>　　　　abacon@toddflaw.com<br><br>*Counsel for Plaintiff Lisa Kim and the Putative Class* |
| Defendants Tinder, Inc., Match Group, LLC, and Match Group, Inc. | Robert H. Platt<br>Donald R. Brown<br>Alexandra Hill<br>MANATT PHELPS & PHILLIPS LLP<br>11355 West Olympic Boulevard<br>Los Angeles, California 90064<br>Phone: (310) 312-4000<br>Facsimile: (310) 312-4224<br><br>*Attorneys for Defendants Tinder, Inc., Match Group, LLC, and Match Group, Inc.* |

| | |
|---|---|
| Objectors Jay Rodriguez, Sabrina Johnson, Luis Pena, and Richard Mojica | Andrew Wheeler-Berliner<br>Brittany McClintick<br>DAVIS & NORRIS, LLP<br>2154 Highland Avenue South<br>Birmingham, Alabama 35205<br>Phone:     (310) 312-4000<br>Facsimile:  (310) 312-4224<br><br>*Attorneys for Objectors Jay Rodriguez, Sabrina Johnson, Luis Pena, and Richard Mojica* |

DATED: July 11, 2019

Respectfully submitted,

By: /s/ Kimberly A. Kralowec

Kimberly A. Kralowec
KRALOWEC LAW, P.C.

Danielle E. Leonard
ALTSHULER BERZON LLP

Alfred G. Rava
RAVA LAW FIRM

*Counsel for Objectors Rich Allison and Steve Frye*

4
NOTICE OF APPEAL; REPRESENTATION STATEMENT, CASE NO. 2:18-CV-03093