Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KIM, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br> vs.<br><br>TINDER, INC., a Delaware corporation; MATCH GROUP, LLC a Delaware limited liability company; MATCH GROUP, INC., a Delaware corporation; and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants | Case No. 2:18-cv-03093-JFW-AS<br><br>[Hon. John F. Walter]<br><br>**NOTICE OF REPRESENTATION** |

The undersigned representations Plaintiff Lisa Kim, individually and on behalf of all others similarly situated, and the appellant in this matter, and no other party.  The following is a list of all of the parties to the action and the information regarding their counsel.  *See* F.R.A.P. (12)(b); Ninth Circuit Rule 3-2(b).

**Defendant Tinder, Inc., Match Group, LLC, Match Group, Inc.**

MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
E-mail: rplatt@manatt.com
DONALD R. BROWN (Bar No. CA 156548)
E-mail: dbrown@manatt.com
ALEXANDRA N. HILL (Bar No. CA 313249)
E-mail: ahill@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Dated**:** August 30, 2021          **Law Offices of Todd M. Friedman, P.C.**

                                            By:      /s/ Todd M. Friedman
                                                      Todd M. Friedman, Esq.
                                                      Attorneys for Plaintiff