UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 08 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LISA KIM, individually and on behalf of all others similarly situated,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>RICH ALLISON; STEVE FRYE,<br><br>   Objectors - Appellants,<br><br> v.<br><br>TINDER, INC., a Delaware corporation; et al.,<br><br>   Defendants - Appellees. | No. 19-55807<br><br>D.C. No. 2:18-cv-03093-JFW-AS<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

  The judgment of this Court, entered August 17, 2021, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

  Costs are taxed against the appellee in the amount of $249.10.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7