1  Kimberly A. Kralowec (Cal. Bar No. 163158)
   KRALOWEC LAW, P.C.
2  750 Battery Street, Suite 700
3  San Francisco, CA  94111
   Telephone:  (415) 546-6800
4  Facsimile:   (415) 546-6801
   Email:        kkralowec@kralowec law.com
5
6  Michael Rubin (Cal. Bar No. 80618)
   Danielle E. Leonard (Cal. Bar No. 218201)
7  P. Casey Pitts (Cal. Bar No. 262463)
   ALTSHULER BERZON LLP
8  177 Post Street, Suite 300
   San Francisco, CA 94108
9  Telephone:  (415) 421-7151
10 Facsimile:   (415) 362-8064
   Email:        mrubin@altber.com
11                dleonard@altber.com
                  cpitts@altber.com
12
13 Alfred G. Rava (Cal. Bar No. 188318)
   RAVA LAW FIRM
14 3667 Voltaire Street
   San Diego, CA 92106
15 Telephone:  (619) 238-1993
   Facsimile:   (619) 374-7288
16 Email:        alrava@cox.net

17 *Attorneys for Proposed Intervenors*
18
                UNITED STATES DISTRICT COURT
19              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20  LISA KIM, individually on behalf of herself and all others similarly situated, | Case No. 2:18-CV-03093 JFW (AS) |
| 21              Plaintiff, | **JOINT STATEMENT RE: LOCAL RULE 7-3 CONFERENCE** |
| 22        v. | |
| 23  TINDER, INC., a Delaware Corporation; MATCH GROUP, LLC, a Delaware limited liability company; MATCH GROUP, INC., a Delaware corporation; and DOES 1 through 10, inclusive, and each of them, | |
|              Defendants. | |

Pursuant to this Court's Standing Order, Proposed Intervenors Allan Candelore, Rich Allison, and Steve Frye ("Proposed Intervenors"); plaintiff Lisa Kim; and defendants Tinder, Inc., Match Group, LLC, and Match Group, Inc., by and through their attorneys of record, jointly submit this statement of the Local Rule 7-3 conference.

On the afternoon of September 27, 2021, counsel for Proposed Intervenors contacted counsel for plaintiff and counsel for defendants (1) to inform them that Proposed Intervenors would be filing a motion to intervene pursuant to Rule 24 for the limited purpose of participating in the preliminary settlement approval proceedings, and (2) to ascertain the positions of plaintiff and defendants on that motion. Counsel for defendants responded that evening, stating that defendants would oppose any such motion.

Counsel for plaintiff Kim responded on Thursday, September 30, 2021, stating that he was not available to meet and confer until Monday, October 4, 2021.

Counsel for Proposed Intervenors P. Casey Pitts and counsel for plaintiff Kim Todd Friedman met and conferred by telephone on October 4, 2021. Mr. Pitts explained the reasons why intervention was appropriate and justified, and Mr. Friedman responded that his client opposed intervention on numerous grounds.

Proposed Intervenors will file their Motion to Intervene on October 11, 2021, the earliest day permitted under the Local Rules.

DATED:  October 6, 2021                     Respectfully submitted,

                                By:     /s/P. Casey Pitts
                                        Michael Rubin
                                        Danielle Leonard
                                        P. Casey Pitts
                                        ALTSHULER BERZON LLP

                                        Kimberly A. Kralowec
                                        KRALOWEC LAW, P.C.

Alfred G. Rava
RAVA LAW FIRM

*Counsel for Proposed Intervenors*

/s/Todd M. Friedman
LAW OFFICES OF TODD M. FRIEDMAN, P.C.

*Counsel for Plaintiff Lisa Kim*

/s/Donald R. Brown
Donald R. Brown
MANATT, PHELPS & PHILLIPS, LLP

*Counsel for Defendants*