UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 18-3093-JFW(ASx)**                                    Dated: **October 29, 2021**

Title:    Lisa Kim -v- Tinder, Inc., et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
                     None                                                                    None

**PROCEEDINGS (IN CHAMBERS):**   ORDER TAKING UNDER SUBMISSION PLAINTIFF LISA KIM'S AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS [filed 10/4/21; Docket No. 118]

    Plaintiff Lisa Kim's Amended Motion for Preliminary Approval of Class Settlement and Certification of Settlement Class is currently on calendar for November 1, 2021, at 1:30 p.m. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for November 1, 2021 is hereby vacated and the matter is taken off calendar. The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr