UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 9 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LISA KIM, individually and on behalf of all others similarly situated,<br><br>          Plaintiff-Appellant,<br><br> v.<br><br>TINDER, INC., a Delaware corporation; et al.,<br><br>          Defendants-Appellees. | No.   21-55951<br><br>D.C. No.<br>2:18-cv-03093-JFW-AS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

In an order filed October 28, 2021, this appeal was administratively closed. The appeal is reopened.

The unopposed motion to dismiss the appeal without prejudice (Docket Entry No. 12) is granted. Pursuant to the terms of the parties' stipulation, the appeal is dismissed without prejudice to reinstatement in the event there is an order by the district court denying final approval of the Amended Class Action Settlement or an order by this Court reversing any grant of final approval.

Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator within 28 days of an order by the district court denying final approval of the Amended Class Action Settlement or an order by this Court reversing any grant of final approval.

Mediation

If no notice of reinstatement is filed and served, the appeal will be deemed dismissed with prejudice.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Kyungah "Kay" Suk
Circuit Mediator