UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LISA KIM, individually and on behalf of all others similarly situated,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>RICH ALLISON; STEVE FRYE,<br><br>   Objectors - Appellants,<br><br> v.<br><br>TINDER, INC., a Delaware corporation; et al.,<br><br>   Defendants - Appellees. | No. 22-55345<br><br>D.C. No. 2:18-cv-03093-JFW-AS<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |
| LISA KIM, individually and on behalf of all others similarly situated,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>TINDER, INC., a Delaware corporation; et al., | No. 22-55346<br><br>D.C. No. 2:18-cv-03093-JFW-AS<br>U.S. District Court for Central California, Los Angeles |

           Defendants - Appellees.

and

RICH ALLISON; STEVE FRYE,

           Objectors,

The judgment of this Court, entered December 05, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $464.60.

                                      FOR THE COURT:

                                      MOLLY C. DWYER
                                      CLERK OF COURT