**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.   **CV 18-3093-JFW(ASx)** | Date:  January 31, 2024 |

Title:     Lisa Kim -v- Tinder, Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER STAYING ACTION**

On December 5, 2023, the Ninth Circuit issued its Opinion vacating this Court's approval of the revised settlement between Plaintiff Lisa Kim ("Kim") and Defendants Tinder, Inc., Match Group, LLC, and Match Group, Inc. (collectively, "Tinder").  *See* Docket No. 204; *see also* Docket Nos. 140 and 187-88.  Specifically, the Ninth Circuit held that:

> We therefore vacate the district court's order approving the revised settlement, which had certified the class for settlement purposes only.  On remand, the only matter before the district court will be Kim's individual action against Tinder, which has been compelled to arbitration.

Opinion, p. 17.  On December 27, 2023, the Ninth Circuit issued its formal Mandate.  *See* Docket No. 206.  On July 12, 2018, when this Court compelled Kim's individual action to arbitration, it stayed this action pending the outcome of that arbitration.  *See* Docket Nos. 43-44.  In light of the Ninth Circuit's Opinion, the Court once again **STAYS** this action pending the outcome of the arbitration.  The Clerk is ordered to administratively close this action.

IT IS SO ORDERED.